```
 1  ANGELINA VALLE (BAR #100410)
    1671 The Alameda, Suite 302
 2  San Jose, California, 95126
    408-881-0200
 3

 4  Attorney for Plaintiff
    VICKIE MEZA
 5                                          *ORDER E-FILED ON 6/10/05*
 6

 7

 8
                     UNITED STATES DISTRICT COURT
 9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11  VICKIE MEZA                  )
                                 )
12            Plaintiff,         )   NO.CV 05 00412 HRL
                                 )
13  v.                           )   STIPULATION AND ORDER
                                 )   EXTENDING TIME TO FILE
14  Jo Anne B. Barnhart,         )   PLAINTIFF'S MOTION FOR
    Commissioner of Social Security )  SUMMARY JUDGEMENT
15                               )
                                 )
16            Defendant.         )
    _____ )
17
```

18  IT IS HEREBY STIPULATED by and between the parties through their

19  respective counsel that plaintiff has until August 5, 2005 to file her

20  Motion for Summary Judgment or Remand in the within action. This is

21  plaintiff's first request.  The purpose of this continuance is to

22  allow the plaintiff time to prepare the appeal.

23  ////

24

25  ////

26

27  ////

28

```
                                    _____

                                    _____
Date:   May 24, 2005                ANGELINA VALLE
                                    Attorney for Plaintiff


Date:   May 26, 2005
                                    United States Attorney



                                By:_____s/_____
                                    Assistant United States Attorney

SO ORDERED:

Date: June 10, 2005                      /s/ Howard R. Lloyd
                                    _____
                                    _____
                                    United States D̶i̶s̶t̶r̶i̶c̶t̶ Judge
                                                  Magistrate
```