| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |

*E-FILED ON 6/19/06*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKIE R. MEZA, | ) |
| | ) |
| Plaintiff, | ) CIVIL NO. 05-00412 HRL |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| Defendant. | ) |
| _____ | ) |

    The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

    1. Defendant shall pay THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

MARC V. KALAGIAN
LAWRENCE D. ROHLFING
211 EAST OCEAN BLVD., STE. 420
LONG BEACH, CA 90802
(562) 437-7006; FAX (562) 432-2935
rohlfinglaw@hotmail.com

///

1    2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

3.  Payment of the THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: June 12, 2006

/s/
MARC KALAGIAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: June 12, 2006     By:   /s/
ALEX G. TSE, for
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   June 19, 2006

_____
HOWARD R. LLOYD
United States Magistrate Judge

MEZA,  EAJA STIP (djh)
C 05-00412 HRL                          2